# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MISSOURI

Blondell F. Mitchell

Vs.

4:22-cv-511-DGK

Raytown Water (Individually)
Raytown Water Board of Directors (Individually)
Neil Clevenger (Individually)
Missouri Public Service Commission (Individually)
Travis Pringles (Individually)
Keith Majors (Individually)
Unknown Employees of the Missouri Public Service Commission
    (Individually)
Missouri Office of Public Counsel (Individually)
Unknown Employees of Public Counsel (Individually)

II.    Basis for Jurisdiction
Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. (Check all that apply)

Federal question

    List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case:

    Fair Labor Standards Act

    United States law allows an individual who believes that his or her constitutional rights have been violated to bring a civil action against the government to recover the damages sustained as a result of that violation. Specifically, 42 USC §1983 *"provides a cause of action for the deprivation of any rights, privileges, or immunities secured by the Constitution and laws by any person acting under color of any statute, ordinance,*

1

*regulation, custom, or usage, of any State or Territory."* Gomez v Toledo, 446 US 635, 638 (1980)(internal quotations omitted).

X Suit against the Federal Government, a federal official, or a federal agency

    List the federal officials or federal agencies involved if any

        Missouri Public Service Commission
        Travis Pringles employee of the Missouri Public Service Commission
        Keith Majors employee of the Missouri Public Service Commission
        Unknown employees of the Missouri Public Service Commission
        Missouri Office of Public Council
        Unknown Employees of the Missouri Office of Public Council


A.    The Plaintiff(s) Blondell F Mitchell

    The plaintiff, (Blondell Mitchell, is a citizen of the State of Missouri. 5918 Agnes Ave. Kansas City, Missouri, 64130, 816-585-3778.


B. The Defendant(s) Raytown Water

    1.    The defendant, Raytown Water, is a citizen of the State of Missouri.
           If the defendant is a corporation The defendant, Raytown Water, is incorporated under the laws of the State of Missouri and has its principal place of business in the State of Missouri at 10017 E 63rd St, Raytown, MO 64133 (816) 356-0333

    2.    The defendant, Raytown Water Board of Directors, is a citizen of the State of Missouri located at 10017 E 63rd St, Raytown, MO 64133 (816) 356-0333

    2.    The defendant, Neil Clevenger, is a citizen of the State of Missouri.
           10017 E 63rd St, Raytown, MO 64133 (816) 356-0333

    4.    The defendant, Missouri Public Service Commission, is a citizen of the State of Missouri. 200 Madison St, Jefferson City, MO 65101

    5.    The defendant, Travis Pringles, is a citizen of the State of Missouri. 200 Madison St, Jefferson City, MO 65101

    6.    The defendant, Keith Majors, is a citizen of the State of Missouri. 200 Madison St, Jefferson City, MO 65101

    7.    The defendant, Unknown employees of Missouri Public Service Commission, is a citizen of the State of Missouri. 200 Madison St, Jefferson City, MO 65101

    8.    The defendant, Missouri Office of Public Counsel, is a citizen of the State of Missouri. 200 Madison St # 650, Jefferson City, MO 65101

9. The defendant, unknown employees of the Missouri Office of Public Cousel, is a citizen of the State of Missouri. 200 Madison St # 650, Jefferson City, MO 65101

C. The Amount in Controversy

Lost Wages $156,000 (78,000 times 2 years),
Lost future earnings $78,000 for 10 years $780,000,
lost future Social Security Benefits for 40 years (Poverty Benefits)
Pain, suffering, humiliation, trauma, and trauma triggers, and future trauma triggers
Subtotal 33,064,000
Total 40,000,000.

III. Statement of Claim

Hostile Work Environment / Slander Per Se

In addition to this phone meeting, there were additional phone meetings, emails, and rough draft emails in the month of August 2020 slandering Blondell Mitchell. Blondell Mitchell was not invited to attend any of the subsequent meetings and a little after one such meeting Neil Clevenger stated to Blondell Mitchell that they needed someone with a four-year college degree[1] and walked away before Blondell Mitchell could respond again.

Statement of the Case

Raytown Water had a Phone meeting with the Missouri Public Service Commission and the Missouri Office of Public Council. The attendees were Neil Clevenger, Chicka Clevenger-Thompson, Leslie Smart and Dave Aldridge of Raytown Water, Travis, Pringle, Keith Majors employees of the Missouri Public Service Commission, and at least 15 unknown others of the Missouri Public Service Commission and the Missouri Office of Public Council.

The agenda had previously been emailed to Raytown Water and began with the attendees introducing themselves along with the state government agencies they represented. The meeting was conducted by Keith Majors and Travis Pringle[2] along with other employees of the Missouri Office of Public Council and the Missouri Public Service Commission.

Keith Majors and Travis Pringle followed the agenda outline and when he got to the payroll part of the agenda to discuss the pay adjustments, he started at the top of Raytown Waters Organizational Chart when he got to the Finance Department he skipped over Blondell Mitchell and went directly to Leslie Smart[3] salary before Blondell Mitchell, and when he got to me, Blondell Mitchell the Controller of Raytown Water:

---

[1] Blondell Mitchell was and is under the assumption that her education and work history was verified prior to her being hired and that if it wasn't they would have after the July phone meeting.
[2] This is the same Travis Pringle (**a lawyer**) who is the **Columbia's Citizens Police Review Board Chairman**. Ironic since my family has lived in Boone County since Missouri was a state and before the American Revolution.
[3] Prior to the payroll adjustment Leslie Smart was an Accounting Clerk at $24.00 an hour, her title and pay was adjusted to an Accountant with a salary of $65,000 a year. Blondell Mitchell later figured out that Leslie Smart misrepresented her accounting education and knowledge.

3

He, Keith Majors of the Missouri Public Service Commission[4] stated, "we will only allow her (Blondell Mitchell) to be paid $16.89[5]."

Blondell Mitchell responded by saying "$16.89[6] for a Controller[7]?"

Keith Majors began yelling' **"You're a Clerk!!"**[8] **"You're a Clerk!!"**[9] over and over, in an attempt to bait[10] Blondell Mitchell into cussing him out.

An unknown female on the phone said, "what are you doing?"

Keith Majors[11] responded by saying "she [Blondell Mitchell] thinks that Revenue is a liability[12]." It should be noted at this point that the Revenue had been set up as a liability 20 years ago. [Keith Majors and the others blamed Blondell Mitchell for the error even though Blondell Mitchell had only been with Express Personnel & Raytown Water since about mid-May and didn't get computer access till mid-June (about a month and a half). Blondell Mitchell had informed Neil Clevenger, Chicka Clevenger-Thompson, Leslie Smart and Dave Aldridge after she had gotten computer access and they said that no state agency had said anything about it being wrong, so don't change it. Blondell Mitchell also spoke with Cortney Garrett at Express Personnel and informed her of this error and others along with the fact Chicka Clevenger-Thompson would not give her computer access to the individual Payroll accounts so she could reconcile the General Ledger Payroll Account[13].

Blondell Mitchell looked at the employees of Raytown Water [Neil Clevenger, Chicka Clevenger-Thompson, Leslie Smart and Dave Aldridge] they all said nothing in fact Chicka Clevenger Thompson held her head down like a child who had been caught doing something wrong. Blondell Mitchell was surprised at their reaction since she had previously told them that the accounts were mapped wrong and specifically addressed the Revenue account when she finally received computer access.

---

[4] A Racial psychopath is a person suffering from chronic racial mental disorder with abnormal or violent social behavior towards Black Americans of American Slave descent

[5] The Meter Readers and Field Employees starting hourly wage is $18.00 an hour and requires no experience.

[6] An example of the State of **Missouri Structural Racism**, practiced, preached, and promulgated by employees of the State of Missouri.

[7] Example of **Missouri Employment Redlining**.

[8] An Actionable Statement made by Keith Majors of the Missouri Public Service Commission. Keith Majors statement damaged Blondell Mitchell reputation as a Controller and led to her being terminated from Raytown Water.

[9] Rodney A Smolla, **Law of Defamation, Slander Per Se** § 7:14 **The imputation of conduct tending to injure another in his or her trade, business, profession, or office is slanderous per se and is actionable without proof of special damages**. See, Brown & Williamson Tobaccoe corp. v. Jacobson, 713 F2d 262 (7th Cir 1983); Thompson v. Bridges, 209 Ky. 710 273 S.E 529 (1925); Louisville Taxicab & Transfer Co. V Ingle, 229 Ky. 578, 17 S.W.2d 709 (1929); Calwell v Crowell-Collier Publishing Co., 161 F.2d 333 (5th Cir. 1947); Foley v. Hoffman, 188 Mde. 273, 52 A 2d 476 (1947); Nolan v. Standard Publishing Co., 67 Mont. 212, 216 P. 571 (1923); Dietrich v Hauser, 45 Misc. 2d 805, 257 N.Y.S.2d 716 (1965); Walter v Duncan, 15 N.Y.S.2d 916 (Sup. Ct. 1956).

[10] Blondell Mitchell Believes this was done to use the Angry Black Women Excuse.

[11] A Racial Psychopathy is a serious racial personality disorder characterized by antisocial behavior towards Black People of American Slave Descent, along with untruthfulness, irresponsibility, and lack of remorse or empathy when dealing with a Black Person of American Slave Descent.

[12] An example of the era of the Joe Biden Effect (Blame the Black women, if there is one Black woman involved, blame the negro Women. Joe Biden actions in the Clarence Thomas hearing didn't just effect Anita Hill, it opened the door for the Blame the Black Women era (Black Women meaning is a woman of American Slave Descent or a reasonable facsimile thereof).

[13] The Accounting Payroll Account was out of balance $25,000 to 30,000 a month for a number of years (which made no sense because for the most part, there had been only two people in the accounting department [Chicka Clevenger-Thompson, Leslie Smart] Also other Controllers were hired through the years but didn't stay more than two months, but their pay was easily reconciled and not included in the dollar amounts above.

Originally when Blondell Mitchell told both Chicka Clevenger-Thompson and Leslie Smart, they said that the software manufacturer had said it up that way, and to contact the software manufacturer for instructions how to fix it. On the other hand, Leslie Smart blamed the clerk that was hired after Neil Clevengers Mother was made by the Missouri Department of Public Service to retire, and that it had been that way for 20 years and no State Agency or the Auditing Firm had said anything about it or complained, so there was not a problem. Blondell Mitchell called the software manufacturer and was told that the software was specifically designed for a municipality, meaning it was not for a For Profit Company[14]. Blondell Mitchell told Neil Clevenger, Chicka Clevenger-Thompson, and Leslie Smart individuallyand Chicka Clevenger-Thompson response was do not change anything. Blondell Mitchell did not change anything or attempt to change anything[15]].

Blondell Mitchell replied to Keith Majors by saying "I have five college Degrees and graduated from Iowa State University[16] in 2014, as a double major in Accounting and Finance plus 15 years' experience in accounting before I went back to school, and you're telling me that I'm a clerk?"

Once again, Keith Majors started yelling again, over, and over, **"You're a Clerk!!" "You're a Clerk!!"**[ii17]**"**

Blondell Mitchell responded by saying "do you realize that one of my
Degree's is as a Paralegal from Des Moines Area Community College."

Keith Majors responded by saying that "the Spread sheet he received
in March said that You're a Clerk."

Blondell Mitchell responded by saying "I was not hired as a Controller until May of this year, and in fact I didn't interview until April. Plus, I was told by Express Personnel that the position required a 4-year Degree from an Accredited College, and you're telling me, I'm a clerk?"

Keith Majors responded by yelling **"You're a Clerk!!" "You're a Clerk!!"**[18] Repeatedly.

---

[14] It should be noted at this point that 20 + years ago when Neil Clevenger's Mother was made to retire by the Missouri Office of Public Service the company had a black woman as an accounting clerk, Chicka Clevenger-Thompson and Leslie Smart blamed her for the accounting software mistake and she was fired, even though Chicka Clevenger-Thompson was the one who selected the software. Leslie Smart was a customer service clerk at Raytown Water, not in the accounting department.
[15] Blondell is not a computer programmer and would never attempt to rewrite a software, in fact she does not have the education or knowledge to attempt such a task.
[16] All the discrimination, racism, harassment, that Blondell Mitchell had to put up with both at Iowa State University and Des Moines Area Community College, not to mention the treatment she suffered by just living in Iowa, and now this by two Missouri State Agencies.
[17] **Employment Red lining** is the **discriminatory practice of denying Executive Level Positions to a person** based on their race or ethnicity.
[18] **Employment Eugenics is** the practice or advocacy of controlled selective **Executive Level Positions to a person** based on their race or ethnicity.

Blondell Mitchell stated, "have you not been watching the news and seen what's going on?" The job description that was email to me by Express Personnel was for a Comptroller[19].

Keith Majors responded by yelling **"You're a Clerk!!" "You're a Clerk!!"**[20] Repeatedly.

Blondell Mitchell replied "Do you have qualified Immunity?"

Again, Keith Majors responded by yelling **"You're a Clerk!!" "You're a Clerk!!"**[21] Repeatedly.

Blondell Mitchell Responded by stating "its my understanding that you and your organization do not have the authority to dictate the job title and rate of pay for an employee as long as it is comparable with the BLS[22] and MERIC[23].

Keith Majors responded by yelling **"You're a Clerk!!" "You're a Clerk!!" You're not a Controller, "You're a Clerk!!"**

Blondell Mitchell stated "No, I'm not a clerk a clerk, and I will not be working here for $16.89 an hour as a Controller. I'll quit and sue you and the State of Missouri, "Do you have qualified Immunity?

Keith Majors responded by yelling **You're not a Controller, "You're a Clerk!!" "You're a Clerk!!"** Travis Pringles[24] also responded by Implying that he and the others in attendance could not be sued under Missouri Law.

Blondell Mitchell responded by saying "you're telling me that, the person I am managing Leslie Smart[25] a white Women who before the pay adjustment made $10.00 an hour more than I do, and now almost twice as much as $16.89 an hour, who doesn't know the difference between a Liability[26] Account and Equity[27] Account."

Keith Majors stated that "you are not her supervisor, you're a clerk" and then repeatedly said "You're a Clerk!"

Blondell Mitchell replied by saying so you're telling me that I can't manage a white women even though I was told by both Chika[28] & Neal that I was hired as a Controller to

---

[19] A Comptroller is for a nonprofit entity. A Controller is for a for profit entity and Raytown Water is a for profit entity.
[20] **Employment Eugenics is** the practice or advocacy of controlled selective **Executive Level Positions to a person** based on their race or ethnicity.
[21] Systemic Racism is a form of racism that is embedded through laws and regulations within society or an organization, in this case the State of Missouri.
[22] https://www.bls.gov/oes/current/oes113031.htm
[23] 11-3031 Financial Managers  https://meric.mo.gov/data/occupation/occupational-employment-wages
[24] Travis Pringle is an attorney and knows the legal elements for Discrimination, Slander and Defamation.
[25] Leslie Smart claims that she attended a Community College and took some accounting classes, but the accounting software that Raytown Water uses is BUCS which was designed for a nonprofit municipal water company. They have been using this software for over 15 years and the Revenue account has been mapped under a liability since then. I was told by Chika Clevenger-Thompson that I could not fix the account.
[26] In layman's terms, A liability is something you owe.
[27] In layman's terms, An Equity is something you own.
[28] Chicka Clevenger-Thompson whose great grandfather started Raytown Water claimed that she knew Accounting Policies and Procedures, yet the accounting modules have not been closed (month-end close and no year-end close) for about 20 years, in

6

replace Judy (also white) who managed the employee[s] in the Accounting Department that you an employee of the State of Missouri has the authority to make me a Clerk?

Keith Majors[29] responded by saying **You're not a Controller, "You're a Clerk!!" "You're a Clerk!!" and you don't supervise anyone!**

Blondell Mitchell replied "Do I look like some Feeble-Minded Negro incapable of the independent thought process. I'm suing you[30] and the State of Missouri."

Keith Majors yelled "you are not a Controller you're a Clerk and you were not hired to supervise anyone."

Blondell Mitchell said, "yes I do manage the Accounting Department."

Keith Majors then stated that "you are a Clerk, and we are not reimbursing Raytown Water for your Salary, and you were not hired to replace Judy."

Blondell Mitchell stated" Yes, I was."

Keith Majors yelled "I'm not talking to you. I'm talking to Neil.

Neil Clevenger the CEO/President of Raytown Water said, "Blondell was hired to replace Judy?"

Keith Majors than responded by saying "did Judy manage the accounting department?"

Neil Clevenger the CEO/President of Raytown Water responded by saying "Yes, Judy managed the Accounting Department."

Keith Majors stated in a loud voice, "Well Blondell is a Clerk and she doesn't manage anyone!"

Blondell Mitchell than said "I didn't live through the Civil Rights Movement to be treated like some Feeble-Minded Negro incapable of the independent thought process. I don't have to put up with this, I going to quit and sue."

  Blondell Mitchell than got up and left the meeting. Blondell went outside to her car and called Courtney Garrett at Express Personnel and told her what had just taken place.

  Courtney Garrett convinced Blondell not to quit, plus Blondell realized there might be a problem suing if she quit. Courtney Garrett said that she would call Chika Clevenger-Thompson and leave a message for her to call, to get Raytown Waters side of the meeting and because what she was originally

---

addition she posted February 2020 sales to February 2013. When Blondell Mitchell was creating the previous financials in excel she asked Leslie Smart for the Sales numbers for February 2020, Leslie Smart gave Blondell the Accounts Receivable numbers for February 2020. Sales and Accounts Receivable are two different accounts, Sales goes on the Income Statement and Accounts Receivable goes on the Balance Sheet and for some reason she didn't know this?

[29] Textbook example of **a Racial Socialpath** (a person with a racial personality disorder manifesting itself in extreme antisocial attitudes and behavior and a lack of conscience when dealing with Black people of American Slave descent.

[30] You, meaning everyone that attended the meeting individually, along with their respective entities and the Board of Directors for Raytown Water.

7

told by Chika Clevenger-Thompson the Controller Position she was hired to find was not a Clerk (see job description). Blondell Mitchell returned to the meeting.

> Blondell Mitchell listened and said very little, even though she knew the answer to their questions (e.g. both the Missouri Public Service Commission[31] and the Missouri Office of Public Council[32] could not figure out why the Water usage was so high. The answer is that both Leslie Smart[33] and David Aldridge[34] [Outside Accountant[35]] had been doing accruals for 20 years for the water usage but not doing any reversing entries, which causes the water usage to be overstated).

At the end of the meeting all the attendees stated that they agreed[36] with Keith Majors and Travis Pringles finding.

It is a matter of Public Internet Record that Raytown Water advertised on Indeed.com for a Accounting Clerk for $40,000 a year which is 4,868.80 more than what they wanted to pay Blondell Mitchell as a Controller. It should also be noted at this point that Raytown Water hired in house Accountant with a starting salary of between $52,000 to 65,000 but they were all white and both the Missouri Public Service Commission and the Missouri Office of Public Counsel to include Keith Majors and Travis Pringle didn't have a problem with the Job titles and pay of the white employees. Also the starting pay for the Meter Readers and other field employees starts at $18.00 an hour and requires no experience and supposedly only a high school diploma.

Blondell Mitchell was so traumatized by the actions and the non-action of all that attended the meetings that she had to take two days off. When she returned to work two day later, still severely traumatized by the meeting. About two weeks later a little after 4 p.m. Blondell Mitchell was talking to Neil Clevenger when he said "we need someone with a 4 year college degree," and immediately walked toward the door to leave the building. Blondell Mitchell's just stood there more traumatized than before with her mouth open. Apparently, he and his daughter Chicka Clevenger-Thompson and other family

---

[31] The Missouri Public Service Commission and the Missouri Office of Public Council are supposedly accountants, and in fact came to Raytown Water and went through their accounting records and then asked why the Water Account was so high, and for some reason couldn't figure out that although accruals had been done for 20 years, but not one reversing entry?

[32] Also, they failed to see that the Revenue had been figured wrong for about 20 years, along with Retained Earnings GAAP and the Missouri Public Service Commission accounting policies and procedures (e.g. percentage of Labor added to Retained Earnings).

[33] Even someone with only one semester of accounting course work would know that in order to do the financial Statements you would have to do reversing entries so that next month's financial Statements would be accurate, otherwise you would be overstating Expense and understating Revenue.

[34] David Aldridge the outside accountant claimed that he had graduated from a 4-year university and had once had his CPA license. Blondell Mitchell has trouble believing his college education, because David Aldridge believes that it is a violation of internal control for him to use a computer and that Accountants don't do reversing entries.

[35] After Blondell Mitchell got computer access (except for Payroll) to the Accounting Records (about a month after she started) when she was not trying to answer the Data Request for the Audit, she began looking at the Accounting Records and found so many errors, that she began to question both Leslie Smart and David Aldridge about the cash account. After all, if the expenses were overstated how could the cash account be in balance with the bank balance (reversing entries are not a function of cash). Plus running various reports gave different expense totals, some like payroll gave a $12,000 to 20,000 difference monthly from the amount they had in the financial statement for the month. Blondell was told that it was over-time, but Blondell questioned why it was recorded under office Accounting and Customer Service accounting instead of Maintenance. Blondell was told it was overtime for people working in accounting. Blondell explained that if the customer service people only make $12.00 to $14.00 per hour and Leslie Smart (who only comes in when she gets read) makes $23.00 an hour, and Chika Clevenger-Thompson make $25.00 per hour, it doesn't add up because there is only 168 hours in a week and if someone was working an extra 80 hours a week, it would be recorded to the Security Company that someone was in the building after hours (24 hours).

[36] Proof that all the attendees and their respective state agencies have committed Slander & Defamation.

members along with Leslie Smart had convinced themselves that Blondell Mitchell was lying about her college education at Iowa State University. They didn't even bother to call Iowa State University to obtain the 1-900 number to call to verify College Degrees, they just automatically assumed that it was a lie. Blondell Mitchell was terminated about the 12th of August 2020.

During the week of August 10th 2020 Blondell Mitchell went to Chicka Clevenger-Thompson office to show her a letter she had received from The Missouri Public Service Commission. Blondell Mitchell made the comment that she couldn't figure out how they got her address. Chicka Clevenger-Thompson replied with a smart attitude saying maybe they Googled your name. Blondell Mitchell just looked at her and walked out of her office. Blondell Mitchell believes that comment was made because Blondell Mitchell had sent the Missouri Public Service Commission and the Missouri Office of Public Council an email informing them that she is intending to sue, as required by law.

The email stated that I Blondell Mitchell is hereby giving notice of intent to sue, and if you think this is an idle threat, then just google my name. It should be noted that I Blondell Mitchell has not ever had Aids/HIV, or the virus associated with the disease and have submitted numerous medical affidavits from three different states over a 18 year period and still has not been able to obtain justice.

Blondell Mitchell believes also that employees of the above listed State Agencies forwarded her email to Chicka Clevenger-Thompson & Leslie Smart who informed others of Raytown employees of this Slander Per Se[37] [When you repeat a false statement to a third person you adopt that falsity as your own[38]]. Blondell Mitchell had a feeling something was not right, so she contacted Courtney Garrett at Express Personnel and informed her that she believed they were going to terminate her, without cause.

It should be noted that I seen on the news that the Courts and State Offices [EEOC] were closed at the time this occurred. I finally had an appointment early this year and it was so hostile with the EEOC supervisor yelling at me telling me that it was not Discrimination I was further Traumatized. Blondell Mitchell believes this was done to protect the States of Missouri from Damages and the recorded phone conversation should be forward to the FBI as a Crime under the Klu Klux Klan Act, In addition the Governor of Missouri by way of executive action changing the Defamation laws (Under the Color of Law) to cover up what was done to the Plaintiff. To even further Traumatized by the state of Missouri, as if they had not already done enough to my blood line.

In addition to the Trauma of the phone meeting, the Trauma triggered me to think about all the discrimination and Harassment I endured during college and even marriage that ended in 1985.

Bullied, Brow Beated, Belittled, Harassed, Tortured Tormented and Traumatized by Teachers and students, both at Des Moines Area Community College[39] and Iowa State University for reasons I just

---

[37] Chicka Clevenger-Thompson's actions not only made Raytown Water and herself liable, but also each and every individual member of Raytown Waters Board of Directors liable for Defamation Per Se.
[38] Blondell Mitchell believes this can be verified by legal deposition of Raytown Water's former employees that were employed at the same time she was.
[39] The Trauma, Discrimination and Harassment began at Des Moines Area Community College in an Accounting Class. One day in Income Tax class my instructor asked me about the earned income credit and if I could explain to the class how it works, I did, and one student asked if I had ever had any problem with receiving the Earned Income Credit. I said yes, one year my ex-husband decided that he was going to claim the kids on his income tax. I explained to him what happen, and that the IRS called my house and my daughter click over and called me at work and I spoke to her, the IRS lady said that she was going to bar him from claiming dependents for earned income credit for 10 years because of his fraudulent actions. The students laughed. They asked me more questions about being married and I told them the truth. That it took longer to get a Divorce than we were married. I told them about the Divorce hearings and how I was so Traumatized by the Marriage Counseling (told me that I had to pay alimony and pay for his drug and alcohol treatment classes) that I just took my kids and left the state of Iowa. They asked more questions, so I told them that it is a matter of Court Records that my ex-husband was a Crack Head that beat me.

figured out. Office Staff at Des Moines Area Community College interrupting class to come in and look at me like I was some zoo exhibit. Causing me to drop out of semesters at Iowa State University, being charged as a graduate student tuition my last semester when I was going for two undergraduate degrees, having my financial aid cut off (not for grades), not sending out my college transcript so I could go to law school and sit for my CPA Exam, but the finale insult was being told by the office that helps you find a job the last semester that they couldn't find me a job in Accounting even though I had 15 years' experience in Accounting and had even worked as an Assistant Controller, this all at a college that a member of my family tree George Maxwell not only sit on the Board but chaired the Board that started Iowa State University, but then again, as the story goes the State of Iowa turned on him to.

Blondell Mitchell[40] believes that the Frivolous False Fantasies[41] created and perpetrated by relatives of my Ex-husband Ellonzo[42] Lewis[43] who attended two colleges that I attended at the same time, both of whom I have never met, and should be charged with at the very least Internet Domestic Violence, Criminal Slander/Libel and at most a Hate Crime (because of my DNA) for putting my life in Danger[44]).

Ina Mae[45] Lewis[46] (daughter of Lynn[47] and Sonja[48] [Ashby] Lewis) who attended Des Moines Area Community College and Justyn Lewis[49] (the son of Ellonzo[50] and Renea[51] [King] Lewis married in

---

[40] What Blondell Mitchell didn't realize when she met and married her Ex-Husband was that he and almost all of his family have a reputation in the black community of being non-normal, master manipulators, and always trying to get over on people, everyone in Des Moines knew this and the other black people stayed away from and ignored them, that's probably why the older one's moved away and the current generation has to date out of their race.

[41] Blondell Mitchell does not and has never had any Social Media accounts, she also believes that the white students at DMACC that signed a compliant trying to get her kicked out of school are responsible also. Their excuse was that they were talking about me, and I heard them. At first, I didn't think that they were talking about me because my kids were grown and I lived in Denver, but when they said that it was a black woman in a particular class, that I figured out that they were talking about me because there was only one black person in the class Blondell Mitchell.

[42] Blondell Mitchell believes that her Ex-husband Ellonzo Lewis Sr. also had something to do with his family putting the bad actions of his second wife Renea King-Lewis on her. The children he had with his second wife were born in 1988 and in the 1990's and are the ones that she left with him. Blondell Mitchell's three children were born in 1980, 1982, and 1985 and full grown in 2006 (the oldest child, no kids, the second (a Registered Nurse) married with 1 child, and the third living with his girlfriend and 5 kids), none of which were abandoned by their mother Blondell Mitchell.

[43] To testify to the content of his character, my ex-husband when his mother's sister Mary Margaret Thomas - Broaddus was dying of cancer in 2003 went to the hospital while high and ate her dinner while she was sleeping and if that wasn't bad enough, he went and got into the Nurses refrigerator and was eating and going through their lunches.

[44] While I was living in Des Moines and living at Royal Oaks Apartment and while living in Kansas City, Kansas at Villa Bella Apartment, that the maintenance men of these two complexes along with the office staff believed these lies that are probably all over the internet, thinking that it was ok to enter my apartment while I was showering and sleeping without knocking, along with convincing the Des Moines, Iowa and Kansas City, Kansas Police to do nothing, which is **a Federal Civil Rights Violation.**

[45] Ina Mae Lewis got mad because she said I was talking about her stepbrother Ellonzo Lewis. I was told by a woman who was in my last class of the day that my ex-husband sister was talking about me, I just assumed it was his crazy sister Lynn Lewis who talks about everybody, and nobody ever pays attention to. What I didn't realize is that Sonja Ashby had kids by Lynn Lewis because I stopped speaking to them back in 1982 when I found out that Lynn and Sonja had introduced my ex-husband to Sonja underage sister Yevette Ashby (1966 -1989 died of what they called a new Cancer at that time) and that every time he said he was going to visit his father he was going there to have sex with her (sleeping with his Dad's girlfriends little sister).

[46] What I figured out last month was that Ina Mae Lewis did, even though she had never met me and knew of me because of my kids, was say all the things that my Ex-husbands' (Ellonzo Lewis) second wife Renea King-Lewis had done, on me, even though she knew for a fact that I did not do those things and had just moved back from Denver to Des Moines. She said that I ran off and left my Elementary age children for a retired Jewish Banker in West Des Moines around 1998, that I had been cheating and my kids were by a man that I said was my cousin; and that I was so strung out on drugs that I became s prostitute to support my habit, and many, many more things that Renea King-Lewis had actually done.

[47] Lynn Lewis is my Ex-husband father. Lynn Lewis stopped speaking to me because of what I did to his daughter Lynn Lewis at my wedding. Lynn Lewis Jr (II) did everything she did to ruin my Wedding, the major issue was when she called my step Great Grand Parents (Sylvester and Rena Mitchell) Ugly Black Niggers, So I punched her in the face and told her to shut up. My step Great Grandparents (in their late 80's) were born less than 25 years after Slavery ended and had suffered through so much discrimination in their life, that I just lost it. It was bad enough that my step grandfather had to tell them that I was getting married [Lynn Lewis Jr (II) didn't send out invitations to anyone on my side of the family (keeping the money for stamps)], and bring them from Columbia, Missouri to Des Moines the night before my Wedding.

[48] Clearly Ina Mae Lewis should have talked to her parents before she opened up her mouth and lied on me because I know all the dirt on her parents and her family. It was none of my business to repeat it but since she put lies on me, she made it my

10

business. The reason Sonja doesn't like me is because her biological father James Broaddus and his wife Mary Margaret Thomas-Broaddus kept throwing me up in her face saying why can't you be like Blondell, she goes to DMACC during the day and works at Equitable Life at night as a claims processer and still takes care of her kids. My earliest memory of Sonja Ashby-Lewis, (Des Moines original Slut Puppy) who was so much of a whore at a young age, was thrown through the picture window butt naked at her father (James Broaddus) house for having sex with her first cousin Craig Gatewood (she had went inside the house with her 1st cousin and locked the door while father had went to get lighter fluid, when he returned with her boyfriend it was raining and we were about to drive off, he asked why we were not in the house and her half-brothers told him that Sonja was in the house having sex with her 1st cousin, he was so mad and embarrassed he kicked in the back door and threw her threw the picture window Butt Naked , she landed in the dirt screamed and ran around to the back door, we kids said nothing and just walked to the car). As if that wasn't enough, and in addition to her turning her little underage sister out with my Ex-husband, the fathers of her two oldest sons had a gun fight over her leaving one of them dead (see front page of the Des Moines Register). And as further testimony to the content of her character the one remaining man signed over his Social Security Check to her, so that she could take care of her two sons. Well Sonja spent the money on men. In fact that's how she came to be with Lynn Lewis Sr because no descant person wanted anything to do with either one of them. And to testify to the content of his character, he quit his job at Firestone so that he would not have to pay child support to his second wife, not only that he started rumors about her and her best friend. He thought just like his son thought, that he could come by any time he wanted for sex and money (Man Support). Well, when he tried this with his second (Linda Haygood) she and her best friend beat his ass, so he started rumors, he ruined both women with these rumors, to the point that her best friend pulled a gun on him in a night club and his 2nd ex-wife left the state of Iowa. When it came to his 1st wife Lois Thomas-Lewis-Washington, Lynn would come over to her house the night before she got paid and spend the night, so that the next day when she got paid, she would give him her grocery money (Man Support). Lynn Sr did not care that she had given him the grocery money to feed her kids and he knew it was the grocery money because at least twice a month his daughter Lynn (II) would go crazy, calling her mother and other family members names and sometimes even grabbing a knife and trying to stab family members. He would have to come and calm her down, all the neighbors would usually be outside watching the bi-weekly spectacle (I could never figure out why she never got a job, after all, she was 20 yrs. old when she graduated from high school.

[49] I have never net Justyn Lewis, but I know who he is, and I am **not his Stepmother**, he is a liar ans a master manipulator like his father. I have never lived in the same house as him, or the same apartment or apartment complex, or even on the same street as him, and the only time we may have shared the same zip code was while we were both at Iowa State University in Ames Iowa, and that's assuming that Ames, Iowa has only one zip code. Obviously, he is just like his father, **a social path** telling lies to make himself look better to conceal the fact that the lies that he and Ina Mae Lewis put on me are the Truths of his Mother Renea King-Lewis. In fact, when his Mother Renea King-Lewis left her kids and ran off to West Des Moines with the Retired Jewish Banker, I was still living in Denver she was on the **Television Program Cheaters** in the latter half of 2001. I was working at GE Small-World as the Assistant Controller/Senior Accountant in Greenwood Village, Colorado, when people I knew from Des Moines started calling different GE Companies in Denver trying to reach me to tell me that my Ex-husbands new wife was going to be on the **Television Program Cheaters.** I was outside having a cigarette when the receptionist came outside to tell me I had an emergency phone call from Iowa. Everyone knew I was from Iowa and that my ex-husband (trading Ex-husband horror stories) only got physical custody of our children during the as a way to control my life (e.g. not bringing the kids back so I could get married to a man in the arm and moved to Germany). When I answered the phone, it was a woman I had not heard from since we were Girl Scouts together in Des Moines, she told me who she was and that my ex-husbands new wife was going to be on the Television Program Cheaters, I thanked her. When it came on me along with some of my accounting co-workers went into one of the conference rooms and watched this woman on Cheaters. Later that evening I received another phone call from an old friend, and she told me that, the guy she was stripping for in the den of the **Rich Retired Jewish Bankers** House was the same man that she told my ex-husband was her cousin, and that Renea King-Lewis even used the excuse that the reason that the two youngest children looked like him was because he was related. I know that Justyn Lewis is responsible for some of the web site falsities posted about me, Blondell Mitchell because I caught him on the Jasmine Brand web site. I believe he did this because my ex-husband like the idiot he is, along with his family went around talking about her like a dog, but when the Rich Retired Jewish Banker in West Des Moines put her out, he took her back, which made him, and his family look stupid. Well, she would run off and come back for over 15 years, that is until she finally got her own place, and they are still not Divorced. He claims he can't Divorce her because of their Chronic Health Disease.

[50] Ellonzo Lewis was a horrible husband, the only thing he was worse at was being a father. When we were married, he never brough any groceries, pampers or milk, and after the 1st year he stopped paying any bills, I paid for everything. I had to drop out of college because he would beat me (black my eyes, bloody my nose and lips). One time during finals, he drove to his job and when I put my keys in the ignition the car didn't start, he put his keys in and it still wouldn't start, so he reached over and began punching me in the face telling me it was my fault. Well about two hours later we found out that the alternator belt had broke and that's why it wouldn't start, I couldn't go to school like that. Three time he almost killed his own children, the first time he was so high on drugs he gave his two oldest children way to much medicine and I had to take them to Broadlawns to have the kids stomach pumped, the two other times he picked me up from work and I noticed that the kids were acting strange and when we got home they were falling down, running into the walls, so I asked him and he would say anything. We took the kids to Broadlawns, the doctors were yelling at him trying to find out what he gave the kids and he sat there saying nothing along with not acknowledging that the doctors were talking to him. While I was working at Amoco Oil in West Des Moines, he charged up my credit card over $750.00 in a month and a half, my supervisor at work pulled me aside and told me, I asked him about it, and

1988) that attended Iowa State University and the same Justyn Lewis that ran for Des Moines City Council. What they purposely did was put my Ex-husbands' second wife Renea King-Lewis life on me. I

---

he beat me. After our daughter was born in 1982 he would beat me at least every other week on pay day to get money, and when Sonja's little sister would get mad at him and tell him to leave because he didn't have money for drugs, he would come home and beat me and take my money out of my purse. I had to use the money that I had been saving since I was 14yrs old at Plaza State Bank to pay the bills and when he found my bank book he beat me thinking I would give him money so they could do drugs. One time when I was pregnant, he beat me when he was high, so bad I lost the baby, the next day I went to the hospital and they said I was having a miscarriage, I told him that evening when he came home and he only said "Oh," nothing else. What I found out later was that he would take the money orders (I burned all my checks) for rent and cash them, we were moving every six months, until I finally had enough and got my own place when he ran off out of state chasing after Sonja's sister. When he came back, he came over to my apartment thinking he was going to live there, I called the police they just told him to go to his mothers. This continued, he even waited one time for me to come home from work, he attacked me outside, took the money out of my purse and my new car. He left before the police came, they said that there was nothing they can do because we were still married, but I didn't have a car to get to work. I called my step grandfather (he worked at Maytag in Newton, Iowa) and my uncles who all had jobs they had been at for over 20 yrs. They said they would figure something out so that I wouldn't lose my job. They called about an hour later and said that my aunt Denise friend Wavell also work at Amoco Oil and that she would not only take me to work but take me to drop my kids off at Day Care. Wavell out of the kindness of her heart did this for about 3 months because he ended up blowing the head gasket on my ford escort (it took about that long to find my car).

[51] I have never met this women Renea King-Lewis, I seen her in court when my ex-husband when he gave my half-sister Lashay Michelle Pickett-Esquibel money to put my youngest son (14 yrs old) in 1989 on Grayhound bus to Des Moines without my permission or telling me so he wouldn't have to pay child support. What he and Renea thought was that my son would cook and take care of their kids. I didn't know where he was, so I called the Police when it got dark and filed a missing child report at Police Head Courters on Cherokee street in Des Moines. Nickalos (my son) wouldn't do it, so Renea beat him, but Nickalos hit her back and when his father got home he beat Nickalos and he hit him back. When Nickalos tried to call me in Denver they pulled the phone out of the wall. The neighbors called the police, the police came and Renea and my ex-husband said that my son was crazy because his mother Blondell was dead. Nickalos said they are liars, the Police who are familiar with my ex-husband and Renea (out to their house at least three time a week for 15 years from Court Records), said it would be best if he went to one of my family members, they lied and said I didn't have any family members and that he should be committed to an Insane Asylum. So they had my youngest child committed, but just luckily the women cleaning the room knew me and tried to tell them that I wasn't dead and that I would come to Des Moines once a year during the summer to drop my kids off because my ex-husband had physical custody of the kids for the summer. They didn't believe her either, so when she got home from work, she called her aunt that went to school and was still in contact with my aunt Denise that lived in Texas. My aunt called my house, my daughter answered and called me at work. I left work, went to an ATM took out $750.00, stopped by home to pick up the clothes my daughter had packed for me and drove to Des Moines. When I arrived about 8 and a half hours later, I stopped at the first hospital I seen, Mercy. I went into the emergency doors and told them a white police office that remembered me from school, said Hey Blondie I will help you find your son. He got on his walkie talkie and found that my son was at Lutheran, We drove to Lutheran Hospital and went into the emergency doors. I told them what was going on and the receptionist said I was lying because Blondell is Dead. I should her my Denver Driver's License, Social Security Card and 3 credit cards and she still said I was a liar. I said that I filed a missing child report in Denver because he didn't come home from school. The police officer walked out and came back about 3 minutes later and said "give her, her son," he called for more police they came and called the police station in the area that my ex-husband lived and they told me that they were always fighting, if not with each other, than the neighbors, and stated that they are both crazy. They got the doctor (Dr Breckenridge) that admitted him on the phone and she said that I couldn't talk to him because his family is the problem, I said wait a minute, if I'm supposedly dead how could I be the problem, she told the officer that I was lying because he said she not lying because I know her, I went to school with her and like she said if you think she's dead and the family in Iowa is the problem, how is she the problem. Long story short I got my son but had to hire an attorney to get my son out of that mess and away from Iowa. After Court he had the audacity to tell state "that's what Sonja did to get Social Security for her two oldest sons. Peter Nickalos Lewis has not been the same since then. It should be noted that they tried the same thing with my oldest son El'Lonzo Lewis Jr except he was 18 years old and told the police that they were crazy and that he wanted to go back to Denver. My ex-husband called me and said come get him now, I said that I didn't bring him down there so I will come and get him when I get good and ready, he started calling me out of my name and I hung up. The next day my mother called and said the Pooh Be (Ellonzo Jr) was on his way back on the bus and would be there at a particular time. Every other year I was down there for a Court Hearing, claiming that child support was too high, it was $50.00 a month per child, but I wasn't receiving it. What I finally found out was that Iowa was garnishing his check and sending it to Colorado, but a clerk at the child support division had decided to give the Court Ordered Child Support to her friend who was also Hispanic, even though my ex-husband is a different race, color and creed, because Welfare had no address on me for 14 years because I was not receiving Welfare. I used the Earned Income Credit from the IRS, hired and attorney, got the garnishments taken away from Colorado, had Iowa direct deposit the money directly into my bank account and got it raised because he lied about his employment for 15 years. I only found out about it because every summer they would keep all my kid's clothes and only have the clothes on their backs.

12

left Des Moines Iowa on the evening of February 5th, 1986, arriving in Denver Colorado on the morning of February 6th, 1986.

---

IV. Relief State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time

IV.    Relief

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes X
Do you claim actual damages for the acts alleged in your complaint?
Yes X

Do you claim punitive monetary damages?
Yes X]

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Lost Wages $156,000 (78,000 times 2 years),
Lost future earnings $78,000 for 10 years $780,000,
lost future Social Security Benefits for 40 years (Poverty Benefits)
Pain, suffering, humiliation, trauma, and trauma triggers, and future trauma triggers
Subtotal 33,064,000
Total 40,000,000.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Respectfully Submitted

*[signature: Blondell F. Mitchell]*

Blondell F. Mitchell

August 3, 2022