IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLONDELL F. MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-cv-00511-DGK |
| RAYTOWN WATER, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' motions to dismiss (Docs. 32, 40, 42) are GRANTED, and Plaintiff's Complaint is DISMISSED in its entirety.


July 23, 2024                                   Paige Wymore-Wynn
Dated                                            Clerk of Court

July 26, 2024                                   /s/ Tracy Strodtman
Entered                                          (by) Deputy#Clerk#